UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re: Paul F. Williams III, AND<br>Sara Ann Williams | ) <br> ) <br> ) | CASE NO. 07-33236-HCD-<br><br>Chapter: 7 |
| PATRICIA HURT,<br>TONY CONLEY,<br>　　　　　Plaintiffs, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| HOMEBUYERS, LLC,<br>SUPERIOR HOMES, LLC,<br>SARA WILLIAMS,<br>STEVEN KOLLAR,<br>2203 LAND TRUST,<br>DONALD WERTHEIMER<br>　　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br>Adv. Proc. No.:08-03022 |

## AMENDED MOTION TO DISMISS

Plaintiffs Patricia Hurt and Tony Conley move to dismiss this adversary proceeding with prejudice, and withdraw their bankruptcy claims against Homebuyers, LLC., Superior Homes, LLC., Sara Ann Williams, Steven Kollar, 2203 Land Trust and Donald Wertheimer as provided by Fed. R. Bankr. Proc. 3006.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judith Fox 17326-71
　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiffs,
　　　　　　　　　　　　　　　　　　　　Patricia Hurt and Tony Conley
　　　　　　　　　　　　　　　　　　　　Notre Dame Legal Aid Clinic
　　　　　　　　　　　　　　　　　　　　725 Howard Street
　　　　　　　　　　　　　　　　　　　　South Bend, IN 46617

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April 2008, a true and correct copy of the above and foregoing Motion to Dismiss was served by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Rebecca Fisher  
Laderer & Fischer P.C.  
112 West Jefferson Blvd., Suite 310  
South Bend, Indiana 46601

Donald Wertheimer  
1017 E Jefferson  
South Bend, IN 46617

_____  
Judith Fox